## Potteiger Estate.

Called January 16, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Daniel H. Shertzer,* for respondent, appellant.

*F. Lyman Windolph,* for guardian, appellee.

*Lloyd A. Good, Jr.,* for petitioner, appellee.

OPINION PER CURIAM, January 29, 1968:
Appeal dismissed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.